No. _____

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
AUG 1 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

THE UNITED STATES OF AMERICA

vs.

AMIT GANDOTRA

CR12 00614 RMW

SEALED BY ORDER OF THE COURT

HRL

---

## INDICTMENT

Count One: 18 U.S.C. §1030(a)(5)(A) - Intentional Damage to a Protected Computer

Count Two: 18 U.S.C. § 1030(a)(7)(A) - Threatening to Damage a Protected Computer

---

*A true bill.*

_____
Foreperson

*Filed in open court this* **15** *day of* **August**

*A.D. 2012*

_____
UNITED STATES MAGISTRATE JUDGE

No Bail Arrest Warrant

*Bail. $*_____

DOCUMENT NO. 1
DISTRICT COURT CRIMINAL CASE PROCESSING

MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**

AUG 15 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SEALED BY ORDER OF THE COURT

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMIT GANDOTRA, <br><br> Defendant. | CR12 00614 RMW <br><br> VIOLATIONS: 18 U.S.C. §1030(a)(5)(A)- Intentional Damage to a Protected Computer and 18 U.S.C. § 1030(a)(7)(A)- Threatening to Damage a Protected Computer <br><br> SAN JOSE VENUE |

HRL

## INDICTMENT

The Grand Jury charges:

Introductory Allegations:

At all times relevant to this Indictment:

1. Facebook, Inc., ("Facebook") was a privately owned company with headquarters and computer servers in Palo Alto, California, that owned and operated a social networking website (www.facebook.com) over the Internet. Facebook and its computers were engaged in business in and affecting interstate and foreign commerce and communication.

2. A computer "exploit" consisted of data, software, or commands that took advantage of a computer security vulnerability to cause unintended or unanticipated behavior to occur on computer systems.

<2

3. Cross-Site Scripting ("XSS") was a type of computer exploit that was used by attackers to bypass access controls for web sites. An XSS exploit could also allow an individual to insert outside script into a website and change the website's contents without authorization.

4. A Join exploit allowed its user to join any group on Facebook. Generally, Facebook groups were created by people with similar interests or connections, and the people within a specific group can sometimes see information on a group member's profile unavailable to the general public. The Join exploit enabled an attacker to join groups on Facebook and access information without authorization.

Intentional Damage of Computers

5. In late December 2009, the Facebook account of AL was accessed by an attacker without authorization. Personal information, communications, videos, and pictures were permanently deleted from the account.

Attempted Extortion of Facebook

6. In late December 2009, an individual with the screen name "Amit" contacted a Facebook executive and claimed to have information about an XSS script that could damage Facebook. The individual refused to provide information about the exploit, or another computer exploit he claimed to possess called the Join exploit, to the Facebook executive or other Facebook employees, unless he received an offer of employment with the company. The XSS exploit, the Join exploit, and other potentially harmful scripts had been tested on Facebook web pages by the user of the "Amit" screen name before "Amit" contacted the Facebook executive.

COUNT ONE:    (18 U.S.C. § 1030(a)(5)(A) – Intentional Damage to a Protected Computer)

7. The factual allegations contained in Paragraphs 1 through 6 are realleged and incorporated herein by reference as if set forth in full.

8. On or about December 19, 2009, and continuing to on or about December 22, 2009, in the Northern District of California and elsewhere, the defendant,

INDICTMENT                                             2

AMIT GANDOTRA,

knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to protected computers of Facebook, and caused loss to 1 or more persons during a 1-year period affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), and (c)(4)(B)(i).

COUNT TWO:   (18 U.S.C. §§ 1030(a)(7)(A) – Threatening to Damage a Protected Computer)

7. The factual allegations contained in Paragraphs 1 through 6 are realleged and incorporated herein by reference as if set forth in full.

8. On or about December 20, 2009, in the Northern District of California and elsewhere, the defendant,

AMIT GANDOTRA,

with intent to extort from persons money and other things of value, transmitted in interstate and foreign commerce a communication containing a threat to cause damage to a protected computer.

All in violation of Title 18, United States Code, Sections 1030(a)(7)(A) and (c)(3)(A).

DATED:

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____)
AUSA PARRELLA

INDICTMENT                                3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE DIVISION |

**OFFENSE CHARGED**

Ct.1: 18 U.S.C. §1030(a)(5)(A) - Intentional Damage to a Protected Computer
Ct. 2: 18 U.S.C. § 1030(a)(7)(A) - Threatening to Damage a Protected Computer

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*SEALED BY ORDER OF THE COURT*

*FILED AUG 15 2012 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

PENALTY: Ct. 1: 10 years imprisonment, $250,000 fine, $100 special assessment, 3 years supervised release.
Ct. 2: 5 years imprisonment, $250,000 fine, $100 special assessment, 3 years supervised release.

**DEFENDANT - U.S**

▶ AMIT GANDOTRA

DISTRICT COURT NUMBER

CR 12-00614 RMW HRL

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  MATTHEW A. PARRELLA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: