1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant GANDOTRA

**FILED**

APR 0 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-00614-RMW |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] |
| vs. | ) ORDER CONTINUING HEARING DATE |
|  | ) AND EXCLUDING TIME UNDER THE |
| AMIT GANDTORA, | ) SPEEDY TRIAL ACT |
| Defendants. | ) |

## STIPULATION

Defendant Amit Gandotra, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Matthew A. Parrella, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, April 8, 2013, at 9:00 a.m., shall be continued to Monday, May 6, 2013, at 9:00 a.m.

The reason for the requested continuance is defense counsel requires additional time to effectively prepare. Specifically, defense counsel request additional time to review the supplemental discovery provided in this matter since the February 25, 2013, status date, and to conduct further investigation.

Stipulation and [Proposed] Order
No. CR 12-00614 RMW                                 1

For the foregoing reasons, the parties jointly request and agree to an exclusion of the time between April 8, 2013, and May 6, 2013, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: April 4, 2013

/s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: April 4, 2013

/s/
MATTHEW A. PARRELLA
Assistant United States Attorney

//
//
//
//
//
//
//

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Monday, April 8, 2013, shall be continued to Monday, May 6, 2013, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between April 8, 2013, and May 6, 2013, would unreasonably deny counsel for Mr. Gandotra reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between April 8, 2013, and May 6, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial.

1      THEREFORE, IT IS HEREBY ORDERED that the time between April 8, 2013, and
2  May 6, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv).
4      IT IS SO ORDERED.
5  Dated: 4/4/2013

                                       *Ronald M. Whyte*
                                       THE HONORABLE RONALD M. WHYTE
                                       United States District Court Judge