1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GANDOTRA

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,          )   No. CR 12-00614-RMW
                                      )
12              Plaintiff,             )   STIPULATION AND []
                                      )   ORDER CONTINUING HEARING DATE
   vs.                                )   AND EXCLUDING TIME UNDER THE
13                                    )   SPEEDY TRIAL ACT
   AMIT GANDOTRA,                     )
14                                    )
                Defendants.            )
15 _____ )

16

17                          **STIPULATION**

18    Defendant Amit Gandotra, by and through Assistant Federal Public Defender Varell L.

19 Fuller, and the United States, by and through Assistant United States Attorney Matthew A.

20 Parrella, hereby stipulate that, with the Court's approval, the status hearing currently set for

21 Monday, May 6, 2013, at 9:00 a.m., shall be continued to Monday, May 20, 2013, at 9:00 a.m.

22    The reason for the requested continuance is defense counsel requires additional time to

23 effectively prepare and to conduct further investigation.

24    For the foregoing reasons, the parties jointly request and agree to an exclusion of the time

25 between May 6, 2013, and May 20, 2013, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)

26

Stipulation and ] Order
No. CR 12-00614 RMW                        1

1  and (B)(iv), for effective preparation by defense counsel.

2  IT IS SO STIPULATED.

3  Dated: May 1, 2013

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

6  Dated: May 1, 2013

_____/s/_____
MATTHEW A. PARRELLA
Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Monday, May 6, 2013, shall be continued to Monday, May 20, 2013, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between May 6, 2013, and May 20, 2013, would unreasonably deny counsel for Mr. Gandotra reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between May 6, 2013, and May 20, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between May 6, 2013, and May 20, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  ÍECEDFH

_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

Stipulation and [] Order
No. CR 12-00614 RMW                                2