1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GANDOTRA

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00614-RMW |
| Plaintiff, ) | |
| ) | STIPULATION AND [] |
| vs. ) | ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| AMIT GANDTORA, ) | |
| Defendants. ) | |

**STIPULATION**

Defendant Amit Gandotra, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Matthew A. Parrella, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, May 20, 2013, at 9:00 a.m., shall be continued to Monday, June 24, 2013, at 9:00 a.m.

The reason for the requested continuance is defense counsel requires additional time to effectively prepare and to conduct further investigation.  Additionally, further time is needed to permit the parties additional time to address factual issues relevant to the parties on-going discussions about the terms of a possible negotiated disposition.

Stipulation and [] Order
No. CR 12-00614 RMW                 1

For the foregoing reasons, the parties jointly request and agree to an exclusion of the time between May 20, 2013, and June 24, 2013, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: May 14, 2013

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: May 14, 2013

_____/s/_____
MATTHEW A. PARRELLA
Assistant United States Attorney

//
//
//
//
//
//
//
//
//

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Monday, May 20, 2013, shall be continued to Monday, June 24, 2013, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between May 20, 2013, and June 24, 2013, would unreasonably deny counsel for Mr. Gandotra reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between May 20, 2013, and June 24, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial.

1    THEREFORE, IT IS HEREBY ORDERED that the time between May 20, 2013, and
2 June 24, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3 3161(h)(7)(A) and (B)(iv).
4    IT IS SO ORDERED.
5 Dated: Í ЪÎ ЪH

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

Stipulation and [] Order
No. CR 12-00614 RMW              3